IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAY 19 A 9:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Ralph Wilson Lingo
190083
_____
Full name and prison number
of plaintiff(s)

v.

Tony R. Luker
Sgt Tony R. Luker
Dothan Police Department
(employer)
_____

Unknown Police Officers
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 1:06cv453-WHA
(To be supplied by Clerk of
U.S. District Court)

DEMAND FOR JURY TRIAL

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  YES (X)  NO ( )

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES (X)  NO ( )

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) Ralph Wilson Lingo
         CASE NO. 1:06-CV-0045-MEF
         Defendant(s) State of Alabama et al

      2. Court (if federal court, name the district; if state court, name the county) US District Court Middle District, Southern Division

3. Docket number _CASE NO. 1:06-CV-0045-MEF_

4. Name of judge to whom case was assigned _CHARLES S. COODY_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _PENDING_

6. Approximate date of filing lawsuit ____

7. Approximate date of disposition _PENDING_

II. PLACE OF PRESENT CONFINEMENT _Montgomery City Jail_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Henry County_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME | ADDRESS

1. SGT. TONY R. LUKER — DOTHAN POLICE DEPT, 210 N ST. ANDREWS ST, DOTHAN AL 36303

2. UNNAMED DOTHAN CITY POLICE OFFICER

3. TOWING COMPANY ONCE THE NAME IS RELEASED BY CITY OF DOTHAN

4. ____

5. ____

6. ____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _5-7-2003_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _KIDNAPPING_

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.** (State as best you can the time, place and manner and person involved.)

ON 5-7-03 PLAINTIFF WAS IN HENRY COUNTY WHEN TONY LUKER PULLED HIM OVER ON HWY 431 INSIDE HEADLAND CITY LIMITS. AND TOLD HIM HE WAS UNDER ARREST. PLAINTIFF ASKED MULTIPLE TIMES TO SEE A WARRANT -- LUKER SAID HE DID NOT HAVE TO SHOW PLAINTIFF A WARRANT. LUKER CALLED DOTHAN

**GROUND TWO:** GRAND THEFT AUTO - REMOVING VEHICLE FROM ONE COUNTY TO ANOTHER (*** See SUPP 1)

**SUPPORTING FACTS:** PLAINTIFF'S VEHICLE A DODGE PICKUP TRUCK -- WAS TAKEN FROM HENRY COUNTY TO HOUSTON COUNTY CITY OF DOTHAN. VEHICLE ID # IS: 1B7KC23691J214346 TRUCK WAS TAKEN ON 5-7-03 ON ORDERS FROM LUKER. PLAINTIFF WAS TOLD BY LUKER HE COULD NEVER GET HIS TRUCK BACK BECAUSE A GUN WAS FOUND IN SAID TRUCK ON 4-14-03. (*** See SUPP 2)

**GROUND THREE:** ARREST WITHOUT A WARRANT

**SUPPORTING FACTS:** ON 5-7-03 PLAINTIFF WAS ARRESTED WITHOUT A WARRANT IN HENRY COUNTY. THIS ARREST BY SGT. TONY LUKER ON 5-7-03 WAS FOR THE CHARGE OF INTIMIDATING A STATE WITNESS. PLAINTIFF WAS SUPPOSE TO HAVE BEEN TAKEN BEFORE A JUDGE IN THE COUNTY PLAINTIFF WAS ARRESTED IN (HENRY CTY). THIS DID NOT HAPPEN. NEITHER WAS PLAINTIFF TAKEN BEFORE A JUDGE IN HOUSTON CTY. Sgt was out of his jurisdiction

5.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

PLAINTIFF IS ASKING FOR A JURY TRIAL TO SETTLE THIS LAWSUIT. THE JURY WILL BE ALLOWED TO SET MONITARY DAMAGES IF ANY. PLAINTIFF IS REQUESTING (SUPP 3)

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  5-17-2006  .
               (Date)

_____
Signature of plaintiff(s)

4

RALPH WILSON LINGO vs TONY R LUKER, ET AL

GROUND ONE (CONT) *** SUPP #1

City police to come get Plaintiff and transport Plaintiff to the Dothan City Jail. Plaintiff asked the Dothan police officer his name and the officer refused to give his name. This officer is the unnamed individual also being charged with violation of Plaintiff's constitutional rights. Henry County was never notified Plaintiff was in custody in Dothan City Jail. Plaintiff was held seven days in Dothan City Jail and was never given a first appearance in court. After four days Plaintiff was transferred to Houston County Jail and was still never given a first appearance in court. Plaintiff remained in Houston County Jail until his trial. Plaintiff was questioned by Luker in excess of fifteen (15) times without Plaintiff's attorney being present. In addition to all the above, Luker used a Henry County Deputy Sheriff ID. Luker has never been deputized and carries no liability bond with the Henry County Clerk Office.

Ralph Lingo  5-17-2006

RALPH WILSON LINGO VS TONY R LUKER, ET ALL

GROUND TWO (CONT) *** SUPP #2

PLAINTIFF HAD NO GUN IN SAID VEHICLE. LUKER TOOK PICTURES OF SAID VEHICLE AS HE SEARCHED IT. A DOTHAN POLICE OFFICER CALLED THE VEHICLE ID NUMBER INTO THE CITY OF DOTHAN TO CONFIRM VEHICLE WAS PLAINTIFF'S. THIS SAME OFFICER, A FEMALE, DROVE PLAINTIFF'S VEHICLE TO THE REAR OF HIS RESIDENCE, PARKED IT AND OPENED ALL FOUR DOORS. THIS OFFICER REFUSED TO SHOW PLAINTIFF ANY ID OR WARRANT AUTHORIZING HER ACTIONS. LUKER REFUSED TO GIVE PLAINTIFF A LISTING OF ALL OFFICERS PRESENT DURING THE SEARCH OF HIS RESIDENCE OR VEHICLE. THIS SEARCH ACTION TOOK PLACE ON 4/14/03 AND LED TO THE ILLEGAL CONFISCATION OF SAID VEHICLE ON 5/7/03.

Ralph Lingo
5-17-2006

RALPH WILSON LINGO vs TONY R LUKER, et al

VI (CONT) *** SUPP 3

COPIES OF ALL DOCUMENTS, TRANSCRIPTS OF RADIO LOGS, WARRANTS, PICTURES TAKEN DURING SEARCH OF RESIDENCE AND VEHICLE. THE REQUEST OF RADIO LOGS IS FOR ALL DISPATCHERS ON 4-14-03 AND 5-7-03. REQUEST A COPY OF THE SECURITY VIDEOTAPES FROM DOTHAN CITY JAIL FROM 12 NOON, 5-7-03 FOR THE NEXT SEVEN (7) DAYS.

FINALLY PLAINTIFF IS REQUESTING FROM THE COURT THE NECESSARY PAPERWORK AND FORMS TO FILE A CRIMINAL CASE ALSO.

ADDITIONAL INFORMATION FOR THE COURT.

PLAINTIFF CAN NOT READ OR WRITE

PLAINTIFF DOES NOT HAVE ACCESS TO A LAW LIBRARY

PLAINTIFF WANTS TO BE COMPENSATED FOR ALL CONTRACT WORK LOST WHILE ILLEGALLY INCARCERATED

PLAINTIFF WANTS TO BE COMPENSATED FOR SUSTAINED MENTAL ANGUISH

PLAINTIFF WANTS TO BE COMPENSATED FOR THE LOSS OF HIS RESIDENCE AND HIS BUSINESS

Ralph Lingo 5-17-2006