AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

RECEIVED
2006 MAY 19 A 9: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH WILSON LINGO

Plaintiff

V.

TONY R LUKER
SGT TONY R LUKER
UNKNOWN/UNNAMED DOTHAN POLICE OFFICERS
UNNAMED TOWING COMPANY

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 1:06cv453-WHA

I, __RALPH WILSON LINGO__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes  ☐ No  (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __MONTGOMERY CITY JAIL__

   Are you employed at the institution? __NO__  Do you receive any payment from the institution? __NO__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?  ☐ Yes  ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __5/7/03 SELF EMPLOYED__

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments  ☐ Yes  ☒ No
   d. Disability or workers compensation payments  ☐ Yes  ☒ No
   e. Gifts or inheritances  ☐ Yes  ☒ No
   f. Any other sources  ☐ Yes  ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have **any** cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value? ☐ Yes ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NO ONE

I declare under penalty of perjury that the above information is true and correct.

5-17 2006                          Ralph W Lingo
_____                        _____
   Date                                Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

RESIDENT HISTORY REPORT                                                    Page 1 of 1

Montgomery City Jail
04/20/06 09:37
ST 001 / OPR ARB

Booking Number      : 7632
Resident Name       : LINGO, RALPH
Time Frame          : 11/28/2005 14:47 - 04/20/2006 09:37

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/28/2005 | 14:47 | Intake | 1 | arb | A17267 | 49.00 | 49.00 |
| 12/01/2005 | 13:48 | Order | 2 | NDW | B24269 | 48.01 | 0.99 |
| 12/05/2005 | 11:34 | Order | 2 | NDW | B24421 | 0.92 | 0.07 |
| 12/05/2005 | 16:27 | Credit | 2 | NDW | B24537 | 0.92 | 0.99 |
| 12/06/2005 | 10:31 | Order | 2 | NDW | B24613 | 0.92 | 0.07 |
| 12/06/2005 | 14:03 | Credit | 2 | NDW | B24725 | 0.92 | 0.99 |
| 12/07/2005 | 08:09 | Order | 2 | NDW | B24829 | 0.92 | 0.07 |
| 12/13/2005 | 11:13 | Add | 1 | arb | A17564 | 100.00 | 100.07 |
| 12/15/2005 | 11:34 | Order | 2 | NDW | B25163 | 70.71 | 29.36 |
| 12/19/2005 | 10:06 | Order | 2 | NDW | B25261 | 23.45 | 5.91 |
| 12/29/2005 | 13:10 | Order | 2 | NDW | B25464 | 5.81 | 0.10 |
| 01/06/2006 | 10:44 | Add | 1 | arb | A17938 | 50.00 | 50.10 |
| 01/09/2006 | 13:08 | Order | 2 | edg | B25701 | 50.07 | 0.03 |
| 01/11/2006 | 14:49 | Credit | 2 | edg | B25788 | 11.99 | 12.02 |
| 01/12/2006 | 10:56 | Order | 2 | edg | B25825 | 11.99 | 0.03 |
| 01/23/2006 | 12:32 | Add | 1 | arb | A18209 | 35.00 | 35.03 |
| 01/26/2006 | 14:02 | Order | 2 | edg | B26317 | 33.04 | 1.99 |
| 01/30/2006 | 10:10 | Order | 2 | edg | B26427 | 1.94 | 0.05 |
| 02/09/2006 | 12:15 | Add | 1 | arb | A18599 | 25.00 | 25.05 |
| 02/23/2006 | 10:30 | Order | 2 | edg | B27317 | 24.36 | 0.69 |
| 02/27/2006 | 10:41 | Add | 1 | kk | A18888 | 25.00 | 25.69 |
| 02/27/2006 | 11:52 | Order | 2 | jaw | B27402 | 24.62 | 1.07 |
| 03/06/2006 | 11:08 | Order | 2 | edg | B27633 | 0.84 | 0.23 |
| 03/20/2006 | 10:36 | Order | 2 | edg | B28102 | 0.13 | 0.10 |
| 03/22/2006 | 10:56 | Add | 1 | arb | A19276 | 15.00 | 15.10 |
| 03/23/2006 | 10:48 | Order | 2 | edg | B28181 | 14.44 | 0.66 |
| 03/27/2006 | 10:23 | Order | 2 | jaw | B28306 | 0.66 | 0.00 |
| 04/10/2006 | 12:13 | Add | 1 | arb | A19607 | 20.00 | 20.00 |
| 04/13/2006 | 10:22 | Order | 2 | edg | B28797 | 19.95 | 0.05 |
| 04/19/2006 | 11:03 | Credit | 2 | edg | B28952 | 0.87 | 0.92 |



```
****** RESIDENT COPY ******

Credit
Receipt # B28952

Montgomery City Jail
04/19/2006 11:03:54
ST 002 / OPR EDG


LINGO,
  RALPH

  Booking Number : 7632
  Date of Birth  : 02/04/1962
  Location       : POD2

  Order Receipt #: B28797
  Order Date     : 04/13/2006

ITEM   QTY  DESCRIPTION                    COST
------------------------------------------------
5605    1   Cheese Spread                 0.79*
------------------------------------------------
                         Sub Total :     $0.79
                               Tax :     $0.08*
                      Credit Total :     $0.87


  Debt Balance       :              $0.00
  Commissary Balance :              $0.92


Amount Subject to Verification
```

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 MAY 19 A 9:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RALPH WILSON LINGO )
_____ )
_____ )
_____ )
        Plaintiff(s)  )
                      )   1:06cv453-WHA
        v.            )
                      )
TONY R LUKER          )
SGT TONY R LUKER      )
UNKNOWN/UNNAMED DOTHAN POLICE OFFICER )
UNKNOWN TOWING COMPANY )
        Defendant(s)  )

## MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) RALPH WILSON LINGO

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Ralph Lingo  5-17-2006
Plaintiff(s) signature